```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**RICARDO VELASQUEZ,**

                **Plaintiff,**

-against-

**L.E.S. MINIMART CORP.** and **PROPERTY MANAGEMENT OF 127 CORP.,**

                **Defendants.**

21-cv-7611 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff is ordered to comply with the Court's November 18, 2021 Order to Show Cause on or before August 5, 2022. No further extensions will be granted.

**SO ORDERED.**

Dated:    July 27, 2022
             New York, New York

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**